IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN D. SEXTON,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv179-MHT |
| ) | (WO) |
| NANCY A. BERRYHILL, ) | |
| ) | |
| Defendant. ) | |

## OPINION

Plaintiff failed to file an amended complaint as ordered by the United States Magistrate Judge. He also failed to respond to the magistrate judge's order to show good cause before June 30, 2017, as to why this case should not be dismissed for failure to prosecute and to comply with the orders of the court. Accordingly, the court concludes that plaintiff has abandoned this lawsuit, and that dismissal of the case is appropriate.

An appropriate judgment will be entered.

DONE, this the 18th day of July, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**